```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD GUERRERO                          OK/HAV
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-067 DFL |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED]ORDER |
| v. | ) |
| ROBERT EDWARD GUERRERO, | ) Date: May 19, 2005 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. David F. Levi |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, ROBERT EDWARD GUERRERO, as follows:

It is agreed that the current Status Conference hearing date of May 12, 2005 be vacated, and that a new Status Conference hearing date of May 19, 2005 at 10:00 a.m. be set.

The parties continue their negotiations toward a disposition in this case and a proposed plea agreement is expected. Additional time is necessary for the plea agreement to be drafted and presented to Mr. Guerrero.

The parties stipulate and agree that time from May 19, 2005 to and including May 26, 2005 be excluded under the Speedy Trial Act pursuant

to 18 U.S.C. § 3161(h)(8)(B)(iv), to give defense counsel reasonable time to prepare.

Dated: May 12, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
ROBERT EDWARD GUERRERO

Dated: May 12, 2005                     MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ William S. Wong
                                        _____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        per telephonic authority

**ORDER**

**IT IS SO ORDERED.**

Dated: 5/13/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation & Order/Guerrero            2