DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-04-0067 DLJ |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT** |
| ROBERT EDWARD GUERRERO, | |
| Defendant. | Judge: Hon. D. Lowell Jensen |

Now comes the defendant, Robert Edward Guerrero, Reg. No. 15007-097, through his attorney, Mary M. French, Assistant Federal Defender, and the United States of America, through its counsel, William S. Wong, Assistant United States Attorney, and requests that this Court amend the defendant's judgment for the following reasons:

On October 13, 2005, Robert Edward Guerrero was sentenced by the Honorable David F. Levi after pleading guilty to one count of being a felon in possession of a firearm. Judge Levi imposed a term of imprisonment of 45 months, to be followed by 36 months of supervised

1  release. At the time of sentencing, all parties and the Court were
2  operating under the mistaken belief that Mr. Guerrero would receive
3  credit for time served from March 5, 2004, through the date of
4  sentencing (approximately 19 months of credit). Transcript of
5  Sentencing, Oct. 13, 2005, at pg. 6: 15-18. However, based on a
6  complex set of regulations, only a portion of the credit has been
7  applied by the Bureau of Prisons (the time period from January 22, 2005
8  through October 12, 2005), and no additional credit will be applied.
9  Accordingly, Mr. Guerrero had received credit for only approximately
10 nine of the nineteen months that the sentencing judge and parties had
11 anticipated that he would receive.

12     Had the parties and the judge known that credit would not be
13 applied as contemplated, the sentence imposed would have been adjusted
14 down by ten months to reflect the appropriate total sentence in this
15 matter. Based on this mutual error and on the agreement of the
16 parties, and in an effort to carry out the intention of the sentencing
17 judge and remedy the error, the parties hereby stipulate and agree to
18 an amended judgment setting forth a sentence of 35 months.

19     The parties therefore stipulate and agree that the judgment should
20 be amended as follows:

21     Page 2 under **Imprisonment** shall be amended to state:

22     The defendant is hereby committed to the custody of the United
23 States Bureau of Prisons to be imprisoned for a total term of **35**
24 **MONTHS**.

25 \\\\\
26 \\\\\
27 \\\\\
28

Stipulation and Proposed
Order to Amend Judgment            -2-

1 | For the foregoing reasons, the parties respectfully request that
2 | the Court issue the attached order.
3 | Dated: September 11, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Mary M. French

MARY M. FRENCH
Attorney for Defendant
Robert Edward Guerrero


McGREGOR SCOTT
United States Attorney


/s/ William S. Wong

Dated: September 11, 2007

WILLIAM S. WONG
Assistant U.S. Attorney

Stipulation and Proposed
Order to Amend Judgment                -3-

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT EDWARD GUERRERO

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  No. CR-S-04-0067 DLJ
                                  )
11            Plaintiff,           )
                                  )  **PROPOSED ORDER**
12      v.                         )
                                  )
13 ROBERT EDWARD GUERRERO,         )  Judge:  Hon. D. Lowell Jensen
                                  )
14            Defendant.           )
                                  )
15 _____ )

16
   **IT IS HEREBY ORDERED** that the judgment in the above entitled cause
17
   be amended to provide that the defendant, Robert Edward Guerrero, Reg.
18
   No. 15007-097, is hereby committed to the custody of the United States
19
   Bureau of Prisons to be imprisoned for a term of 35 months.
20
   Dated:  September 11, 2007
21

22
                                     _____
23                                   D. LOWELL JENSEN
                                     U.S. District Judge
24

25

26

27

28

   Stipulation and Proposed
   Order to Amend Judgment          -4-